UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

Case Number: 15-10107-CIV-MARTINEZ-GOODMAN

HOWARD COHAN,

    Plaintiff,

vs.

MEISEL HOLDINGS FL - 1321 SIMONTON
STREET, LLC d/b/a SOUTHWINDS MOTEL,

    Defendant.
_____/

## ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE

THIS MATTER is hereby referred to United States Magistrate Judge **Lurana S. Snow** for the purpose of conducting a settlement conference.

The parties shall complete the settlement conference as soon as possible, subject to Judge Snow's availability.

The parties shall submit a status report to this Court within five (5) days of the conclusion of the settlement conference.

DONE AND ORDERED in Chambers at Miami, Florida, this 16 day of June, 2015.

                                                  JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Snow
Magistrate Judge Goodman
All Counsel of Record